MABEL C. BAIN, Respondent, v. AUGUSTUS W. PRATT and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS F. SCHULTZE, as Trustee in Bankruptcy of MILO CONSTRUCTION CO., INC., Bankrupt, Respondent, v. VINCENT GALLIGAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion, Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SPENCE SERVICE, INC., Respondent, v. CO-NATIONAL PLAYS, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AUGUST W. KOENIG v. FLORENCE A. BRADY (née DRAKE).— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE H. NEWHALL and Another, as Receivers of KINGSTON TRUST COMPANY, v. LONGACRE BANK.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of GUIDITTA MONTI, Deceased.— Motion to dismiss appeal granted, unless appellants file the required undertaking for costs within ten days from service of order with notice of entry thereof. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW ENGLAND SPRING & CABINET CO., INC., v. LOUIS RESNICK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BART F. COYNE v. ALTON FRUCHTER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA JOHNSON v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN CUDEQUEST, an Infant, by JACOB J. CUDEQUEST, His Guardian ad Litem, v. FRANCIS B. MCNAMARA and Another, Defendants, Impleaded with ROBERT BRADLEY, Appellant.— Motion to dismiss appeal denied on condition that appellant procure the appeal to be argued or submitted on May 6, 1927, and on the further condition that if the order be affirmed, no delay of trial will be sought. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. S. REID SPENCER.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of S. REID SPENCER, v. JOHN S. SUMNER and Others.— Motion to dismiss appeal granted. Brief for appellant filed upon said appeal stricken from the files as scandalous. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.